Opinion by Mr. JUSTICE BURKE.

William Ware, *pro se*.

I. Harvey Levinson, of Chicago, for appellee.

MARGARET B. MURPHY, Plaintiff-Appellee, *v.* THOMAS F. MURPHY, Defendant-Appellant.

(No. 59133;

First District (1st Division)—April 22, 1974.

Opinion by Mr. JUSTICE BURKE.

Edwin L. Johnson and William M. Doty, Jr., both of Chicago, for appellant.

No brief for appellee.